AUSA: Susan Fairchild Telephone: (313) 226-9577
AO 91 (Rev. 11/11) Criminal Complaint Officer: Jason Messenger Telephone: (734) 676-2972

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

United States of America
v.
Filogonio ROQUE-BALTAZAR

Case No. **Case: 2:26−mj−30497**
**Assigned To : Unassigned**
**Assign. Date : 8/20/2026**
**USA V. ROQUE−BALTAZAR (CMP)(CMC)**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of August 19, 2026 in the county of Wayne in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 U.S.C. 1326(a) | Unlawful Re-Entry Following Removal from the United States |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

Jason Messenger, Border Patrol Agent
U.S. Department of Homeland Security
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

*Judge's signature*

Date: August 20, 2026

City and state: Detroit, MI

Honorable David R. Grand, U.S. Magistrate Judge
*Printed name and title*

Affidavit

I, Jason Messenger, declare the following under penalty of perjury:

1. I am an agent with the U.S. Department of Homeland Security, U.S. Border Patrol. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers to include Border Patrol agents and record checks of law enforcement databases. I have also reviewed the immigration file and system automated data relating to Filogonio ROQUE-BALTAZAR, a native and citizen of Mexico.

2. This affidavit is submitted for the limited purpose of establishing probable cause in support of a criminal complaint and arrest warrant for ROQUE-BALTAZAR, for a violation of 8 U.S.C. § 1326(a), unlawful re-entry following removal. I have not included every fact known to law enforcement related to this investigation.

3. On or about November 21, 2024, ROQUE-BALTAZAR was encountered by United States Border Patrol (USBP) agents in or near Laredo, Texas, and was processed as an Expedited Removal.

4. On or about November 22, 2024, ROQUE-BALTAZAR was removed from the United States to Mexico through Laredo, Texas.

5. On or about August 19, 2026, USBP agents assigned to the Detroit Sector Targeting unit encountered ROQUE-BALTAZAR during a targeted

enforcement action in or near the city of Wayne, in the Eastern District of Michigan. ROQUE-BALTAZAR was a passenger in a Dodge Ram truck, parked near two other vehicles occupied by undocumented persons from Mexico.

6. The agents identified themselves as United States Border Patrol Agents and conducted an immigration inspection. After confirmed his identity and lack of immigration status, ROQUE-BALTAZAR was placed under arrest and transported to the Gibraltar Border Patrol Station for processing as a Reinstatement of a Prior Deportation Order (I-871).

7. While at the station, agents captured ROQUE-BALTAZAR's fingerprints and photograph and entered this information into the Automated Biometric Identification System (IDENT) and the Next Generation Identification (NGI). The results revealed that ROQUE-BALTAZAR is a citizen of Mexico, with no record of obtaining permission to re-enter the United States following his November 22, 2024, removal.

8. The aforementioned arrest and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, U.S. Code, to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or

regulation regulating the admission, exclusion, expulsion, or removal of aliens.

9. Review of the Alien File (A# XXX XXX 474) for ROQUE-BALTAZAR, and queries in U.S. Department of Homeland Security databases confirm no record exists of ROQUE-BALTAZAR obtaining permission from the Attorney General or the Secretary of Homeland Security to re-apply for admission to the United States after his removal from the United States on November 22, 2024.

10. Based on the above information, there is probable cause to conclude that on or about August 19, 2026, in the Eastern District of Michigan, Filogonio ROQUE-BALTAZAR, an alien from Mexico, was found in the United States after having been denied admission, excluded, deported, and removed therefrom on or about November 22, 2024, and not having obtained the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security to re-apply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

Jason Messenger, Border Patrol Agent
U.S. Department of Homeland Security

Sworn to before me and signed in my
presence and/or by reliable electronic means.

______________________________
Honorable David R. Grand
United States Magistrate Judge

August 20, 2026